**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Albert RANDOLPH, a/k/a Spo,
Defendant—Appellant.**

No. 11–6691.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Albert Randolph, Appellant Pro Se. Peter Sinclair Duffey, Robert E. Trono, Assistant United States Attorneys, David Novak, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Randolph appeals the district court's order denying relief on his 18 U.S.C. § 3582 (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Randolph*, No. 3:01–cr00304–JRS–11 (E.D.Va. May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*